LIVINGSTON DISBROW, Respondent, *v.* WESTCHESTER HARDWOOD COMPANY, Appellant.

(Submitted April 15, 1901; decided May 14, 1901.)

Motion for reargument denied, with ten dollars costs. (See 164 N. Y. 415.)

---

GEORGE GARBY, Appellant, *v.* JAMES GORDON BENNETT, Respondent.

(Submitted April 22, 1901; decided May 14, 1901.)

Motion for reargument denied, with ten dollars costs. (See 166 N. Y. 392.)

---

NEVA C. HEALY, Respondent, *v.* DORUS HEALY, as Administrator of JOSHUA HEALY, Deceased, et al., Appellants, Impleaded with Another.

(Submitted April 29, 1901; decided May 14, 1901.)

Motion for reargument denied, with ten dollars costs. (See 166 N. Y. 624.)